1  ANDRÉ BIROTTE JR.
   United States Attorney
2  LEON W. WEIDMAN
3  Assistant United States Attorney
   Chief, Civil Division
4  CYNTHIA B. DE NARDI, CSBN 256770
5  Special Assistant United States Attorney
6         Social Security Administration
           160 Spear St., Suite 800
7          San Francisco, CA  94105
8          Telephone: (415) 977-8961
           Facsimile: (415) 744-0134
9          Email: Cynthia.denardi@ssa.gov
10 Attorneys for Defendant

11                UNITED STATES DISTRICT COURT
12
13                CENTRAL DISTRICT OF CALIFORNIA
14
                       WESTERN DIVISION
15

| | |
|---|---|
| RAY L. DOTY, | ) No. 13 CV 00496-AS |
| | ) |
| Plaintiff, | ) **JUDGMENT** |
| | ) |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, | ) |
| Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment (Stipulation to Remand), that was concurrently lodged, IT IS HEREBY ORDERED. ADJUDGED AND DECREED that the above-captioned action is

1  remanded to the Commissioner of Social Security for further proceedings
2  consistent with the terms of the Stipulation to Remand.

4  Dated: November 14, 2013           / S /
                                      HON. ALKA SAGAR
5                                     UNITED STATES MAGISTRATE JUDGE